**Criminal Case Cover Sheet**      FILED: REDACTED      **U.S. District Court**

**Place of Offense:**      ☒ **Under Seal**      **Judge Assigned:** Hon. T.S. Ellis, III

City: N/A (extraterritorial)      Superseding Indictment: [ ]      **Criminal No.** 1:20-cr-239

County: N/A (extraterritorial)      Same Defendant: [ ]      New Defendant: [ ]

Magistrate Judge Case No. [ ]      **Arraignment Date:** [ ]

Search Warrant Case No. [ ]      R. 20/R. 40 From: [ ]

**Defendant Information:**

**Defendant Name:** Alexanda Amon Kotey      Alias(es): [ ]      ☐ Juvenile   FBI No. [ ]

**Address:** N/A

Employment: N/A

**Birth Date:** XX/XX/1983   **SSN:** N/A   **Sex:** Male   Race: [ ]   Nationality: [ ]

**Place of Birth:** England   Height: [ ]   Weight: [ ]   Hair: Black   Eyes: Brown   Scars/Tattoos: [ ]

☒ **Interpreter**   **Language/Dialect:** English and Arabic      Auto Description: N/A

**Location/Status:**

**Arrest Date:** [ ]      ☐ Already in Federal Custody as of: [ ]      in: U.S. Military Custody

☐ Already in State Custody      ☐ On Pretrial Release      ☐ Not in Custody

☒ Arrest Warrant Requested      ☐ Fugitive      ☐ Summons Requested

☐ Arrest Warrant Pending      ☐ Detention Sought      ☐ Bond [ ]

**Defense Counsel Information:**

**Name:** N/A      ☐ Court Appointed      Counsel Conflicts: [ ]

Address: [ ]      ☐ Retained      [ ]

Phone: [ ]      ☐ Public Defender      ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** Dennis Fitzpatrick, Raj Parekh, John Gibbs, & Aidan Grano   **Phone:** (703) 299-3954/3725   Bar No. Va. 44858

**Complainant Agency - Address & Phone No. or Person & Title:**

Federal Bureau of Investigation, Washington Field Office, 9325 Discovery Blvd, Manassas, VA 20109

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 1203 | Conspiracy to Commit Hostage Taking | 1 | Capital (but will not seek) |
| Set 2: | 18 U.S.C. § 1203 | Hostage Taking Resulting in Death | 4 | Capital (but will not seek) |
| **Date:** | 10/06/2020 | **AUSA Signature:** /s/ Dennis Fitzpatrick and /s/ Raj Parekh | | *may be continued on reverse* |

**District Court Case Number (to be filled by deputy clerk):**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 U.S.C. § 2332(b)(2) | Conspiracy to Murder United States | 1 | Felony |
| Set 4: | 18 U.S.C. § 2339A | Conspiracy to Provide Material Supp | 1 | Felony |
| Set 5: | 18 U.S.C. § 2339B | Conspiracy to Provide Material Supp | 1 | Felony |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form          Reset Form

**Criminal Case Cover Sheet**                    FILED: REDACTED                           **U.S. District Court**

**Place of Offense:**          ☒ **Under Seal**                              **Judge Assigned:** Hon. T.S. Ellis, III

City: N/A (extraterritorial)    Superseding Indictment: [ ]              **Criminal No.** 1:20-cr-239

County: N/A (extraterritorial)  Same Defendant: [ ]                     New Defendant: [ ]

                                Magistrate Judge Case No. [ ]            **Arraignment Date:** [ ]

                                Search Warrant Case No. [ ]              R. 20/R. 40 From: [ ]

**Defendant Information:**

**Defendant Name:** El Shafee Elsheikh    Alias(es): [ ]    ☐ Juvenile   FBI No. [ ]

**Address:** N/A

Employment: N/A

**Birth Date:** XX/XX/1988   **SSN:** N/A   **Sex:** Male   Race: [ ]   Nationality: [ ]

**Place of Birth:** Sudan   Height: [ ]   Weight: [ ]   Hair: Black   Eyes: Brown   Scars/Tattoos: [ ]

☒ **Interpreter**  **Language/Dialect:** English and Arabic    Auto Description: N/A

**Location/Status:**

**Arrest Date:** [ ]        ☐ Already in Federal Custody as of: [ ]    in: U.S. Military Custody

☐ Already in State Custody    ☐ On Pretrial Release       ☐ Not in Custody

☒ Arrest Warrant Requested   ☐ Fugitive                   ☐ Summons Requested

☐ Arrest Warrant Pending     ☐ Detention Sought           ☐ Bond [ ]

**Defense Counsel Information:**

**Name:** N/A                    ☐ Court Appointed    Counsel Conflicts: [ ]

Address: [ ]                     ☐ Retained           [ ]

Phone: [ ]                       ☐ Public Defender    ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** Dennis Fitzpatrick, Raj Parekh, John Gibbs, & Aidan Grano   **Phone:** (703) 299-3954/3725   Bar No. Va. 44858

**Complaint Agency - Address & Phone No. or Person & Title:**

Federal Bureau of Investigation, Washington Field Office, 9325 Discovery Blvd, Manassas, VA 20109

| **U.S.C. Citations:** | **Code/Section** | **Offense Charged** | **Count(s)** | **Capital/Felony/Misd./Petty** |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 1203 | Conspiracy to Commit Hostage Taking | 1 | Capital (but will not seek) |
| Set 2: | 18 U.S.C. § 1203 | Hostage Taking Resulting in Death | 4 | Capital (but will not seek) |
| **Date:** | 10/06/2020 | **AUSA Signature:** /s/ Dennis Fitzpatrick and /s/ Raj Parekh | | *may be continued on reverse* |

**District Court Case Number (to be filled by deputy clerk):**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 U.S.C. § 2332(b)(2) | Conspiracy to Murder United States | 1 | Felony |
| Set 4: | 18 U.S.C. § 2339A | Conspiracy to Provide Material Supp | 1 | Felony |
| Set 5: | 18 U.S.C. § 2339B | Conspiracy to Provide Material Supp | 1 | Felony |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form          Reset Form