IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> ALEXANDA AMON KOTEY, ) <br> ) <br> and ) <br> ) <br> EL SHAFEE ELSHEIKH, ) <br> ) <br> Defendants. ) | Case No. 1:20-cr-239 |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States of America by and through its attorneys, G. Zachary Terwilliger, United States Attorney, Eastern District of Virginia, Raj Parekh, First Assistant United States Attorney, and Dennis Fitzpatrick, Assistant United States Attorney, respectfully requests that the above-captioned Indictment returned on October 6, 2020, be unsealed on October 7, 2020 at 10:00 a.m.

The defendants have been arrested by the FBI and the security concerns surrounding the details of their arrest no longer warrant sealing.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

Date: October 7, 2020         By: _____
Dennis Fitzpatrick
Assistant United States Attorney

Raj Parekh
First Assistant United States Attorney