111A506A

# UNITED STATES DISTRICT COURT
for the
EASTERN District of VIRGINIA

United States of America
v.

ALEXANDA AMON KOTEY
*Defendant*

)
)
) Case No. 1:20-cr-239 (UNDER SEAL)
)
)
)
)

**FILED OCT - 7 2020 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA**

RECEIVED 2020 OCT -6 PM 4:41 RICHMOND OFFICE EASTERN DISTRICT OF VIRGINIA UNITED STATES MARSHAL

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ALEXANDA AMON KOTEY,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Commit Hostage Taking, Resulting in Death (18 U.S.C. § 1203)
Hostage Taking Resulting in Death (18 U.S.C. §§ 1203 and 2)
Conspiracy to Murder United States Citizens Outside of the United States (18 U.S.C. § 2332(b)(2))
Conspiracy to Provide Material Support to Terrorists, Resulting in Death (18 U.S.C. § 2339A)
Conspiracy to Provide Material Support to a Foreign Terrorist Organization, Resulting in Death (18 U.S.C. § 2339B)

Date: 10/06/2020

*Issuing officer's signature*

City and state: Richmond, Virginia

J. Saunders
*Printed name and title*

### Return

This warrant was received on *(date)* 10/6/2020, and the person was arrested on *(date)* 10/7/2020
at *(city and state)* DULLES, VA.

Date: 10/7/2020

*Arresting officer's signature*

LUIS MARTY DUSM FOR FBI
*Printed name and title*