

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:20-cr-239-1 |
| ) | The Hon. T. S. Ellis, III |
| ALEXANDA AMON KOTEY, ) | |
| ) | |
| Defendant. ) | |

## WAIVER OF SPEEDY TRIAL RIGHTS PURSUANT TO TITLE 18 UNITED STATES CODE § 3161(c)(1)

After consultation with my attorney, I am advised that the trial of a defendant charged in an information or indictment shall commence within seventy (70) days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs.

Understanding this, I hereby waive my right to a speedy trial and consent to scheduling the start of my trial for a date before December 31, 2021, which is beyond the speedy trial deadline.

Date: 10-8-20

Alexanda Amon Kotey

Respectfully submitted,

DEFENDANT
By Counsel

_Kenneth Troccoli_
Kenneth P. Troccoli
Virginia Bar Number 27177

Co-Counsel for the defendant
Assistant Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703) 600-0800 (T)
(703) 600-0880 (F)
Kenneth_Troccoli@fd.org (Email)