IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No.   1:20-cr-239 |
| ALEXANDA AMON KOTEY, | The Honorable T.S. Ellis, III |
| Defendant. | |

NOTICE OF FILING OF CONSENT DISCOVERY ORDERS

Pursuant to Rule l6(d)(l), Federal Rules of Criminal Procedure, the United States hereby gives notice to the Court that the parties have agreed upon the terms and conditions of the attached signed discovery Order (Attachment A) and Protective Order (Attachment B).  The parties respectfully ask the Court to consider and sign these Orders, if the Court deems the Orders appropriate.

                                           By:   /s/
                                                      Dennis M. Fitzpatrick
                                                      Assistant United States Attorney
                                                      United States Attorney's Office
                                                      Eastern District of Virginia
                                                      2100 Jamieson Avenue
                                                      Alexandria, VA 22314
                                                      (703) 299-3700
                                                      dennis.fitzpatrick@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of that electronic filing (NEF) to all counsel of record.

                                              /s/
                                        Dennis M. Fitzpatrick
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        Eastern District of Virginia
                                        2100 Jamieson Avenue
                                        Alexandria, VA 22314
                                        (703) 299-3700 (telephone)
                                        (703) 299-3982 (fax)
                                        dennis.fitzpatrick@usdoj.gov