IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA )
)
*v.* )
) No. 1:20-cr-239-TSE
ALEXANDA AMON KOTEY and )
EL SHAFEE ELSHEIKH, ) Hon. T.S. Ellis, III
)
*Defendants*. )

## CONSENT MOTION TO CONTINUE STATUS CONFERENCE

Counsel for defendants Alexanda Amon Kotey and El Shafee Elsheikh, joined by counsel

for the United States, respectfully move this Honorable Court for a continuance of the status con-

ference currently scheduled in this case for January 15, 2021. The parties jointly request that the

Court re-set this case for a status conference on Friday, March 5, 2021. This motion is made in

light of the coronavirus pandemic, which continues to present enormous health challenges for the

courthouse, the Commonwealth of Virginia, the United States, and the world. As Chief United

States District Judge Davis recently explained on December 11, 2020, in General Order No.

2020-23, "Since [November 16, 2020], pandemic conditions have continued to deteriorate across

our District, the Commonwealth of Virginia, and the United States." Accordingly, General Order

2020-23 suspended a large portion of the Court's magistrate docket.[1] The Court's General Order

---

[1] Chief Judge Davis noted Virginia Governor Northam's December 10, 2020, Executive Order limiting in-person public and private gatherings to a maximum of ten people, as well as the imposition of other statewide restrictions to address the worsening coronavirus problem. The Governor's Executive Order also advised "all Virginians to telework and to stay at home as much as possible." General Order 2020-23 at 4 (also noting that the Governor's Order was "the most restrictive Executive Order governing movements in Virginia since early June").

No. 2020-22, issued November 16, 2020, previously suspended all criminal jury trials in this district through January 18, 2021.

Recent media reports and expert commentary offer optimism about the distribution of coronavirus vaccines, which began on December 14, 2020.  However, any significant abating of the coronavirus heath concerns is likely to take several months as the vaccines are approved and become increasingly available within the population.  Within that population are inmates like the defendants, but the time frame for the administration of any vaccine to them is uncertain at this time.  Accordingly, this region will very likely continue to face coronavirus health concerns throughout January and February.  As a result, restrictions related to the pandemic have made it difficult to communicate with the defendants, review discovery, and adequately prepare their defenses.  Webex (video) sessions, when available, are limited to two hours.  No contact meetings with the defendants have occurred.  Health and travel restrictions have also precluded the defendants from conducting any independent investigation of the allegations.  These restrictions are certain to continue at least through February 2021.

A continuance of the status conference to March 5, 2021, should not cause any appreciable delay in the anticipated litigation schedule as we proceed into 2021.  Counsel for the defendants continue to review discovery (which is voluminous) and the government continues to produce additional discovery on a regular "rolling" basis.  The parties are also in regular communication and freely discuss any pre-trial and discovery issues that arise.  The parties anticipate that they can present to the Court a reasonable schedule for motions, handling of classified material and trial at a March 5, 2021, status conference.

For these reasons, the parties jointly respectfully request a continuance of the status conference from January 15, 2021 to March 5, 2021. At that point, counsel anticipate the health situation to be on an improving trajectory and expect to be able to fully apprise the Court of the status of the case and set an appropriate litigation schedule. A proposed order is attached for the Court's consideration.

Respectfully Submitted,

EL SHAFEE ELSHEIKH,

By Counsel

_____/s/_____
Nina J. Ginsberg, VSB # 19472
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA 22314
(703) 684-4333 (T)
Nginsberg@dimuro.com

Edward B. MacMahon, Jr. VSB # 25432
Law Offices of Edward B. MacMahon, Jr.
P.O. Box 25
107 East Washington Street
Middleburg, VA 20188
(540) 687-3902 (T)
Ebmjr@macmahon-law.com

ALEXANDA AMON KOTEY,

By Counsel

_____/s/_____
Kenneth P. Troccoli, VSB # 27177
Brooke S. Rupert, VSB # 79729
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, VA 22314
(703) 600-0800 (T)
Kenneth_Troccoli@fd.org
Brooke_Rupert@fd.org

Barry Coburn, VSB # 36907
Coburn & Greenbaum PLLC
1710 Rhode Island Avenue, NW
Second Floor
Washington, DC 20036
(202) 657-4490 (T)
Barry@coburngreenbaum.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2020, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Dennis Fitzpatrick, Esq.
Raj Parekh, Esq.
John T. Gibbs, Esq.
Office of the U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700
Dennis.Fitzpatrick@usdoj.gov
Raj.Parekh@usdoj.gov
John.Gibbs@usdoj.gov

_____/s/_____
Barry Coburn, Esq.