IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| *v.* | ) | |
| | ) | No. 1:20-cr-239-TSE |
| ALEXANDA AMON KOTEY and | ) | |
| EL SHAFEE ELSHEIKH, | ) | Hon. T.S. Ellis, III |
| | ) | |
| *Defendants*. | ) | |

## ORDER CONTINUING STATUS CONFERENCE

Before the Court is the parties' Consent Motion to Continue Status Conference in which

the parties request that the status conference currently scheduled for Friday, January 15, 2021, be

continued to Friday, March 5, 2021.

Based on the parties' representations, and for good cause shown, the Court **GRANTS** the

Motion and **ORDERS** that the status conference currently scheduled for January 15, 2021, is

hereby continued to March 5, 2021, and that, pursuant to 18 U.S.C. § 3161(h)(7)(A), the period

from January 15, 2021, through March 5, 2021, shall be excluded in computing the time within

which the trial must commence.

The Court further **FINDS** that the ends of justice are served by a continuance until March

5, 2021, which outweigh the best interests of the public and the defendant in a speedy trial

pursuant to 18 U.S.C. § 3161(h)(7)(A).[1]

---

[1]    By Order dated October 13, 2020, the Court previously found that "both defendants waive their rights under the Speedy Trial Act," and that this case is "unusual and complex" within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii) "because the indictment alleges serious offenses spanning approximately seven years, all of which involve primarily overseas conduct." Order at 1 (Dkt. 27).   The Court further found that "the government has represented that discovery will be complex and voluminous, involving a substantial amount of documents and other evidence, including some evidence in foreign languages, evidence obtained from foreign countries through mutual assistance treaties, and classified information that may require pretrial

Date: _____

Alexandria, Virginia

_____

Hon. T.S. Ellis, III
United States District Judge

---

proceedings under the Classified Information Procedures Act, 18 U.S.C. app. 3." *Id*.