IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEXANDA AMON KOTEY,<br><br>*Defendant*. | Case No. 1:20-cr-239-TSE |

**GOVERNMENT'S CONSENT MOTION FOR PROTECTIVE ORDER PURSUANT TO
SECTION 3 OF THE CLASSIFIED INFORMATION PROCEDURES ACT**

The United States of America respectfully moves this Court, pursuant to Section 3 of the Classified Information Procedures Act, 18 U.S.C. App. 3 (CIPA); the Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2052, by the Chief Justice of the United States for the Protection of Classified Information (reprinted following CIPA Section 9); Rules 16 and 57 of the Federal Rules of Criminal Procedure; the general supervisory authority of the Court; and to protect the national security of the United States, to enter the attached proposed Protective Order regarding the disclosure and dissemination of classified national security information and documents.   The proposed Protective Order has been reviewed and approved by both counsel for the Defendant and the Classified Information Security Officer (CISO) assigned to this matter.

Respectfully submitted,

Raj Parekh
Acting United States Attorney

By:     /s/  Raj Parekh
       Dennis M. Fitzpatrick, AUSA
       Raj Parekh, Acting U.S. Attorney
       John T. Gibbs, AUSA
       Aidan Taft Grano, AUSA
       Alicia Cook, Trial Attorney
       United States Attorney's Office
       Eastern District of Virginia
       2100 Jamieson Avenue
       Alexandria, VA 22314
       (703) 299-3700

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2021, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record in this matter.

/s/  Raj Parekh
Raj Parekh
Acting United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700
raj.parekh@usdoj.gov

2