IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| *v.* ) | |
| ) | No. 1:20-cr-239-TSE |
| ALEXANDA AMON KOTEY and ) | Hon. T.S. Ellis, III |
| EL SHAFEE ELSHEIKH, ) | |
| ) | |
| *Defendants*. ) | |

**DEFENDANT KOTEY'S NOTICE OF FILING OF**
**MEMORANUM OF UNDERSTANDING REGARDING CLASSIFIED INFORMATION**

In accordance with the Protective Order Pertaining to Classified Information entered by this Court on February 5, 2021 (Dkt. # 45), counsel for Alexanda Kotey hereby submits the attached Memorandum of Understanding regarding the handling of classified information and signature pages for same executed by: Pamela Bishop, Barry Coburn, Marc Eisenstein, Brooke Rupert, Sabrina Shroff, and Kenneth Troccoli. Pursuant to the Protective Order (Paragraphs 13 and 26), an executed copy of the attached Memorandum of Understanding and signature pages will be served upon counsel for the United States and the Classified Information Security Officer Maura Peterson.

Respectfully Submitted,

ALEXANDA AMON KOTEY,

By Counsel

_____/s/_____
Kenneth P. Troccoli, VSB # 27177
Brooke S. Rupert, VSB # 79729
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, VA 22314
(703) 600-0800 (T)
Kenneth_Troccoli@fd.org
Brooke_Rupert@fd.org

Barry Coburn, VSB # 36907  
Marc J. Eisenstein, VSB # 95482  
Coburn & Greenbaum PLLC  
1710 Rhode Island Avenue, NW  
Second Floor  
Washington, DC 20036  
(202) 643-9472 (T)  
Barry@coburngreenbaum.com  
Marc@coburngreenbaum.com  

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2021, I will electronically file the foregoing pleading (with attachments) with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Dennis Fitzpatrick, Esq.
Raj Parekh, Esq.
John T. Gibbs, Esq.
Office of the U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700
Dennis.Fitzpatrick@usdoj.gov
Raj.Parekh@usdoj.gov
John.Gibbs@usdoj.gov

Pursuant to the Electronic Case Filing Policies and Procedures, a courtesy copy of the foregoing pleading (and attachments) will be sent to Chambers and the Classified Information Security Officer Maura Peterson within one business day of the electronic filing.

_____/s/_____  
Kenneth P. Troccoli, VSB # 27177  
Office of the Federal Public Defender  
1650 King Street, Suite 500  
Alexandria, VA 22314  
(703) 600-0800 (T)  
Kenneth_Troccoli@fd.org  