IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEXANDA AMON KOTEY,<br><br>*Defendant*. | Case No. 1:20-cr-239-TSE |

MEMORANDUM OF UNDERSTANDING REGARDING RECEIPT OF
<u>CLASSIFIED INFORMATION</u>

Having familiarized myself with the applicable statutes, regulations, and orders, including but not limited to, Title 18 United States Code, Sections 641, 793, 794, 798, and 1924, and Executive Order 13526, I understand that I may be the recipient of information and documents that concern the present and future security of the United States and which belong to the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States Government. In consideration for the disclosure of classified information and documents:

(1)  I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States Government; or as expressly authorized by the Court pursuant to the Classified Information Procedures Act and the Protective Order entered in *United States v. Alexanda Amon Kotey*, Criminal Number 1:20-cr-239, Eastern District of Virginia.

(2)  I agree that this Memorandum will remain forever binding on me.

(3)     I have received, read, and understand the Protective Order entered by the United States District Court for the Eastern District of Virginia on February 5, 2021 (Dkt. No. 45), in *United States v. Alexanda Amon Kotey*, Criminal Number 1:20-cr-239, relating to classified information, and I agree to comply with the provisions thereof.

(4)     I understand that any prior contractual obligations that may bind me to continue to protect classified information remain in full force and effect, and are not superseded by this Memorandum of Understanding. Additionally, I understand that this Memorandum of Understanding does not absolve me of any criminal or civil penalties that may otherwise be imposed upon me as a result of my unauthorized disclosure of classified information.

| | |
|---|---|
| _____ | _____ |
| Kenneth P. Troccoli, Esq.<br>Counsel for the Defendant | Date |
| _____ | _____ |
| Brooke S. Rupert, Esq.<br>Counsel for the Defendant | Date |
| _____ | _____ |
| Barry Coburn, Esq.<br>Counsel for the Defendant | Date |
| _____ | _____ |
| Marc J. Eisenstein, Esq.<br>Counsel for the Defendant | Date |
| _____ | _____ |
| Sabrina P. Shroff, Esq.<br>Counsel for the Defendant | Date |
| _____ | _____ |
| Pamela Bishop<br>Paralegal for the Defendant | Date |

2

(3)     I have received, read, and understand the Protective Order entered by the United States District Court for the Eastern District of Virginia on February 5, 2021 (Dkt. No. 45), in *United States v. Alexanda Amon Kotey*, Criminal Number 1:20-cr-239, relating to classified information, and I agree to comply with the provisions thereof.

(4)     I understand that any prior contractual obligations that may bind me to continue to protect classified information remain in full force and effect, and are not superseded by this Memorandum of Understanding. Additionally, I understand that this Memorandum of Understanding does not absolve me of any criminal or civil penalties that may otherwise be imposed upon me as a result of my unauthorized disclosure of classified information.

_____
Kenneth P. Troccoli, Esq.
Counsel for the Defendant

_____
Brooke S. Rupert, Esq.
Counsel for the Defendant

_____
Barry Coburn, Esq.
Counsel for the Defendant

_____
Marc J. Eisenstein, Esq.
Counsel for the Defendant

_____
Sabrina P. Shroff, Esq.
Counsel for the Defendant

_____
Pamela Bishop
Paralegal for the Defendant

_____
Date

_____
Date

_____
Date

_____
Date

_____
Date

___3/2/2021___
Date

2

(3)    I have received, read, and understand the Protective Order entered by the United States District Court for the Eastern District of Virginia on February 5, 2021 (Dkt. No. 45), in *United States v. Alexanda Amon Kotey*, Criminal Number 1:20-cr-239, relating to classified information, and I agree to comply with the provisions thereof.

(4)    I understand that any prior contractual obligations that may bind me to continue to protect classified information remain in full force and effect, and are not superseded by this Memorandum of Understanding. Additionally, I understand that this Memorandum of Understanding does not absolve me of any criminal or civil penalties that may otherwise be imposed upon me as a result of my unauthorized disclosure of classified information.

_____
Kenneth P. Troccoli, Esq.
Counsel for the Defendant

_____            _____
Brooke S. Rupert, Esq.                                Date
Counsel for the Defendant

_____            March 1, 2021
                                                          _____
Barry Coburn, Esq.                                    Date
Counsel for the Defendant

*Marc Eisenstein*                                        3/2/2021
_____            _____
Marc J. Eisenstein, Esq.                            Date
Counsel for the Defendant

_____            _____
Sabrina P. Shroff, Esq.                            Date
Counsel for the Defendant

_____            _____

2

(3)    I have received, read, and understand the Protective Order entered by the United States District Court for the Eastern District of Virginia on February 5, 2021 (Dkt. No. 45), in *United States v. Alexanda Amon Kotey*, Criminal Number 1:20-cr-239, relating to classified information, and I agree to comply with the provisions thereof.

(4)    I understand that any prior contractual obligations that may bind me to continue to protect classified information remain in full force and effect, and are not superseded by this Memorandum of Understanding. Additionally, I understand that this Memorandum of Understanding does not absolve me of any criminal or civil penalties that may otherwise be imposed upon me as a result of my unauthorized disclosure of classified information.

_____
Kenneth P. Troccoli, Esq.
Counsel for the Defendant

_____
Brooke S. Rupert, Esq.
Counsel for the Defendant

_____
Barry Coburn, Esq.
Counsel for the Defendant

_____
Marc J. Eisenstein, Esq.
Counsel for the Defendant

_____
Sabrina P. Shroff, Esq.
Counsel for the Defendant

_____
Pamela Bishop
Paralegal for the Defendant

_____
Date

____3/1/2021_____
Date

_____
Date

_____
Date

_____
Date

_____
Date

2

(3)    I have received, read, and understand the Protective Order entered by the United States District Court for the Eastern District of Virginia on February 5, 2021 (Dkt. No. 45), in *United States v. Alexanda Amon Kotey*, Criminal Number 1:20-cr-239, relating to classified information, and I agree to comply with the provisions thereof.

(4)    I understand that any prior contractual obligations that may bind me to continue to protect classified information remain in full force and effect, and are not superseded by this Memorandum of Understanding. Additionally, I understand that this Memorandum of Understanding does not absolve me of any criminal or civil penalties that may otherwise be imposed upon me as a result of my unauthorized disclosure of classified information.

_____        _____
Kenneth P. Troccoli, Esq.                                Date
Counsel for the Defendant


_____        _____
Brooke S. Rupert, Esq.                                  Date
Counsel for the Defendant


_____        _____
Barry Coburn, Esq.                                      Date
Counsel for the Defendant


_____        _____
Marc J. Eisenstein, Esq.                                Date
Counsel for the Defendant

            SPS                                          March 1, 2021
_____        _____
Sabrina P. Shroff, Esq.                                 Date
Counsel for the Defendant


_____        _____
Pamela Bishop                                           Date
Paralegal for the Defendant


2

(3)    I have received, read, and understand the Protective Order entered by the United States District Court for the Eastern District of Virginia on February 5, 2021 (Dkt. No. 45), in *United States v. Alexanda Amon Kotey*, Criminal Number 1:20-cr-239, relating to classified information, and I agree to comply with the provisions thereof.

(4)    I understand that any prior contractual obligations that may bind me to continue to protect classified information remain in full force and effect, and are not superseded by this Memorandum of Understanding. Additionally, I understand that this Memorandum of Understanding does not absolve me of any criminal or civil penalties that may otherwise be imposed upon me as a result of my unauthorized disclosure of classified information.

_____
Kenneth P. Troccoli, Esq.
Counsel for the Defendant

3-1-2021
_____
Date

_____
Brooke S. Rupert, Esq.
Counsel for the Defendant

_____
Date

_____
Barry Coburn, Esq.
Counsel for the Defendant

_____
Date

_____
Marc J. Eisenstein, Esq.
Counsel for the Defendant

_____
Date

_____
Sabrina P. Shroff, Esq.
Counsel for the Defendant

_____
Date

_____
Pamela Bishop
Paralegal for the Defendant

_____
Date

2