IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:20-cr-239-TSE |
| ALEXANDA AMON KOTEY and EL SHAFEE ELSHEIKH, | Hon. T.S. Ellis III |
| *Defendants*. | |

### **SCHEDULING ORDER**

On March 5, 2021, the parties appeared before the Court for a status conference in person and through their counsel. The parties jointly presented the Court with proposed schedule for pre-trial motions, an evidentiary hearing, and a trial date. Having considered the parties' representations, the Court enters this Order governing the litigation schedule in this matter:

1. The government shall file its initial Classified Information Procedures Act (CIPA), 18 U.S.C. app. 3., Section 4 submission no later than May 17, 2021;

2. All motions (excluding motions in limine) shall be filed by September 17, 2021;

3. Responses shall be filed by October 8, 2021, or three weeks after the filing of the motion;

4. Replies shall be filed by October 15, 2021, or one week after the response;

5. Defendants shall file its CIPA § 5 notices, if any, by October 15, 2021;

6. An evidentiary hearing shall be held on November 17, 2021 beginning at 10:00 a.m.;

7. Trial shall commence on January 18, 2022 at 10 a.m.

The Court entered discovery Orders on December 3, 2020, which remain in effect upon the entry of this scheduling Order. (Dkt. Nos. 33 and 35) The discovery Orders establish compliance deadlines based on the January 18, 2022, trial date.

Date: 3/6/21
Alexandria, Virginia

Hon. T.S. Ellis, III
United States District Judge