IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

Filed with the Classified
Information Security Officer
CISO _____
Date 5/17/2021

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:20-CR-239 |
| v. ) | |
| ) | FILED *IN CAMERA*, *EX PARTE* |
| ALEXANDA AMON KOTEY, ) | AND UNDER SEAL WITH THE |
| ) | CLASSIFIED INFORMATION |
| and ) | SECURITY OFFICER |
| ) | |
| EL SHAFEE ELSHEIKH, ) | |
| ) | |
| Defendants. ) | |

**(U) GOVERNMENT'S CLASSIFIED *IN CAMERA*, *EX PARTE* MEMORANDUM OF LAW AND MOTION FOR AN ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND RULES 16(d)(1) AND 26.2(c) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**