IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| *v.* ) | |
| ) | No. 1:20-cr-239-TSE-1 |
| ALEXANDA AMON KOTEY and ) | Hon. T.S. Ellis, III |
| EL SHAFEE ELSHEIKH, ) | |
| ) | |
| *Defendants*. ) | |

## MOTION TO WITHDRAW AS COUNSEL FOR ALEXANDA AMON KOTEY

Pursuant to Local Criminal Rule 57.4(G), Kenneth P. Troccoli respectfully moves the Court to permit him to withdraw as co-counsel of record for Defendant Alexanda Kotey as he will be retiring from the Office of the Federal Public Defender effective May 31, 2021. Mr. Kotey, who has been provided notice of this withdrawal, will continue to be represented by other counsel of record including, Barry Coburn, Marc Eisenstein, Brooke Rupert, Cadence Mertz and Sabrina Shroff. A proposed order is attached for the Court's consideration.

Respectfully Submitted,

ALEXANDA AMON KOTEY,

By Counsel
_____/s/_____
Kenneth P. Troccoli, VSB # 27177
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, VA 22314
(703) 600-0800 (T)
Kenneth_Troccoli@fd.org

## CERTIFICATE OF SERVICE

      I hereby certify that on May 21, 2021, I will electronically file the foregoing pleading (with any attachments) with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Dennis Fitzpatrick, Esq.
Raj Parekh, Esq.
John T. Gibbs, Esq.
Office of the U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700
Dennis.Fitzpatrick@usdoj.gov
Raj.Parekh@usdoj.gov
John.Gibbs@usdoj.gov

      Pursuant to the Electronic Case Filing Policies and Procedures, a courtesy copy of the foregoing pleading (and any attachments) will be sent to Chambers within one business day of the electronic filing.

                                          _____/s/_____
                                          Kenneth P. Troccoli, VSB # 27177
                                          Office of the Federal Public Defender
                                          1650 King Street, Suite 500
                                          Alexandria, VA 22314
                                          (703) 600-0800 (T)
                                          Kenneth_Troccoli@fd.org