IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case No. 1:20-cr-239 |
| v. ) | |
| ) | Hon. T.S. Ellis, III |
| **ALEXANDA AMON KOTEY,** ) | |
| ) | Trial: January 18, 2022 |
| Defendant. ) | |

### NOTICE OF SEALED *EX PARTE* FILING

Defendant, Alexanda Amon Kotey, through counsel, hereby provides notice that he has this day filed the Defendant's Statement of Potential Defenses at Trial *ex parte* and under seal, pursuant to Local Criminal Rule 49(E).

Respectfully submitted,

ALEXANDA AMON KOTEY,

By counsel,
Geremy C. Kamens
Federal Public Defender

By:  /s/  Cadence Mertz
Cadence A. Mertz
Va. Bar No. 89750
Assistant Federal Public Defender
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
703-600-0840
703-600-0880 (fax)
cadence_mertz@fd.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 16, 2021, I will file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

      /s/    Cadence Mertz
      Cadence A. Mertz
      Va. Bar No. 89750
      Assistant Federal Public Defender
      Office of the Federal Public Defender
      1650 King Street, Suite 500
      Alexandria, Virginia 22314
      703-600-0840
      703-600-0880 (fax)
      cadence_mertz@fd.org