IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:20cr239 (TSE) |
| ALEXANDA AMON KOTEY, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Because a public hearing in this matter is scheduled to begin at 5:30 pm on September 2,

2021, which is after the normal 5:00 pm closure of the courthouse, it is hereby

ORDERED that the United States Marshal arrange for sufficient deputy marshals and

court security officers to keep the courthouse open to the public and provide the appropriate

security for the courtrooms in which the proceeding is conducted and displayed by video.

The Clerk is directed to forward copies of this Order to counsel of record and the United

States Marshal.

Entered this 1ˢᵗ day of September, 2021.

Alexandria, Virginia

/s/

Leonie M. Brinkema
United States District Judge