# UNITED STATES DISTRICT COURT
## ** Plea Minutes **

Date: 09/02/2021  
Time: 05:29 p.m. – 07:25 p.m.(01:56)

Case #:  1:20-cr-00239-TSE-1  
Interpreter/Lang:  Ghada Attieh/Arabic

Honorable **T.S. ELLIS III**, United States District Judge, Presiding

| Tanya Randall | Rebecca Stonestreet |
|---|---|
| Courtroom Deputy | Court Reporter |

UNITED STATES OF AMERICA  
v.  
**ALEXANDA AMON KOTEY**

Deft appeared:  [ X ] in person          [   ] failed to appear  
                [ X ] with Counsel       [   ] without Counsel  
                [   ] through Counsel

SABRINA SHROFF  
BROOKE RUPERT  
MARC EISENSTEIN  
BARRY COBURN  
CADENCE MERTZ  
**Counsel for Defendant**

AIDAN GRANO  
ALICIA COOK  
JOHN GIBBS  
RAJ PAREKH  
DENNIS FITZPATRICK  
**Counsel for Government**

**Matter called for:**  
[   ] Pre-Indictment Plea        [ X ] Change of Plea        [   ] Plea Agreement

**Filed in open court:**  
[   ] Information      [ X ] Plea Agreement    [ X ] Statement of Facts        [   ] Waiver of Indictment

**Arraignment & Plea:**  
 [   ] WFA     [   ] FA     [   ] PG

**Plea:**  
[ X ] Deft entered a Plea of Guilty as to Count(s) 1, 2, 3, 4, 5, 6, 7, and 8 of the   [ X ] Indictment     [   ] Information

[ X ]  Plea accepted by the Court.

[   ] Deft waived right to PSI and consent to proceed with sentencing.

[   ] Motion for Dismissing Count(s) _____ by [   ] US or [   ] Deft

[   ] Order entered in open court         [   ] Order to follow

[ X ] Deft directed to USPO for PSI    [ X ] Yes      [   ] No

[ X ] Case continued to: **FRIDAY, MARCH 4, 2022** at **01:00 P.M.** for:

   [   ] Jury Trial     [   ] Bench Trial     [   ] Pre-Guidelines Sentencing    [ X ] Guidelines Sentencing


[ X ]  Deft remanded   [   ] Deft Released on Bond   [   ] Deft Continued on same bond conditions

\#    Cancel previously scheduled Jury Trial set for:  Tuesday, January 18, 2022 at 9:00 a.m.