# MIRANDA-ATTACHMENT 1

## ADVICE OF RIGHTS

We are law enforcement agents from the Federal Bureau of Investigation from the United States. Even though we are not in the United States, United States laws provide you with certain rights in your dealings with us. Before we question you, you must understand your rights:

You have the right to remain silent. We understand that you may have already spoken to others from the U.S. Government. We do not know what, if anything, they said to you, or what you said to them. Likewise, we are not interested in any of the statements you may have made to them previously. We are starting anew. You do not need to speak with us today just because you have spoken with others in the past.

If you previously made statements to others in the U.S. Government, it is likely that those statements will not be useable against you in a U.S. court. Anything you now say can be used against you in a U.S. court.

You have the right to talk to a lawyer for advice before we ask you any questions.

You have the right to have a lawyer with you during questioning.

If you cannot afford a lawyer, you have the right to have one appointed for you before any questioning if you wish.

However, our ability to provide you with counsel at this time may be limited by the decisions of the local authorities or the availability of an American-trained attorney.

If you decide to answer questions now without a lawyer present, you have the right to stop answering at any time.

## CONSENT

I have read this statement of my rights and I understand what my rights are. At this time, I am willing to answer questions without a lawyer present.

Name: _Subject would Not sign_

Signature: _____

Witness Name: _John Chiappore_

Witness Signature: _____

Date/Time/Place: _12:28_

US-00013873