IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 1:20-CR-239 |
| v. | |
| ALEXANDA AMON KOTEY, | Hon. T. S. Ellis, III |
| Defendant. | |

**[PROPOSED] ORDER**

On consideration of the Consent Motion to Continue Sentencing, and the entire record, it

is by the Court this _____ **day of _____ 2022**

**ORDERED** that the Motion be, and it hereby is **GRANTED**.

It is **FURTHER ORDERED** that the sentencing hearing in this matter is continued to

_____, _____, 2022.


**SO ORDERED.**

                             _____

                             HON. T. S. ELLIS, III
                             UNITED STATES DISTRICT COURT JUDGE

COPIES TO ALL PARTIES