## ** UNITED STATES DISTRICT COURT CRIMINAL MINUTES **

Date: 02/11/2022

Before the Honorable: **T.S. ELLIS, III**

Time: 12:07 p.m. – 12:20 p.m. (00:13)
      12:31 p.m. – 12:32 p.m. (00:01)
      (00:14)

Case No.: 1:20-cr-239-TSE-1

Official Court Reporter: Scott Wallace

Courtroom Deputy: Tanya Randall

___

# UNITED STATES OF AMERICA

v.

# ALEXANDA AMON KOTEY    X Present

| Counsel for Government | Counsel for Defendant | Arabic Interpreter |
|---|---|---|
| Alicia Cook | Brooke Rupert | Ghada Attieh (stand by only) |
| John Gibbs | Marc Eisenstein | |
| Raj Parekh | Barry Coburn | |
| Dennis Fitzpatrick | Cadence Mertz | |

Appearances of Counsel for ( X ) Govt    ( X ) Deft

**Re:**    [ 206 ] Consent Motion to Continue Sentencing filed by Alexanda Amon Kotey
        [ 207 ] Sealed Motion

Argued and:

[ X ] Granted – **SENTENCING CONTINUED TO FRIDAY, APRIL 29, 2022 AT 9:00 A.M.**

[   ] Denied        [   ] Granted in part/Denied in part

[   ] Taken Under Advisement    [   ] Continued to

[   ] Report and Recommendation to Follow

[   ] Order to Follow

**Deft is:**
[ X ] Remanded  [   ] Self Surrender [   ] Cont'd on same terms and conditions of release  [   ] Custody