UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **Plaintiff,** | : | Criminal Action |
| | : | No. 1:20-cr-239 |
| **v.** | : | |
| | : | |
| **ALEXANDA AMON KOTEY,** | : | February 11, 2022 |
| | : | 12:07 p.m. |
| | : | |
| | : | |
| **Defendant.** | : | |
| | : | |
| .............................. | : | |

**TRANSCRIPT OF MOTION HEARING PROCEEDINGS**
**BEFORE THE HONORABLE T.S. ELLIS, III**
**UNITED STATES DISTRICT COURT JUDGE**

APPEARANCES:

For the United States:     **Raj Parekh, Assistant U.S.**
**Attorney**
UNITED STATES ATTORNEY'S OFFICE
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3725
Email: Raj.parekh@usdoj.gov

**Dennis Fitzpatrick, Assistant U.S.**
**Attorney**
UNITED STATES ATTORNEY'S OFFICE
Eastern District of Virginia
2100 Jamieson Ave
Alexandria, VA 22314
703-299-3954
Email:
Dennis.fitzpatrick@usdoj.gov

*Scott L. Wallace, RDR, CRR, Official Court Reporter*

```
APPEARANCES:   Cont.

For the United States:        John T. Gibbs, Assistant U.S.
                             Attorney
                             UNITED STATES ATTORNEY'S OFFICE
                             Eastern District of Virginia
                             2100 Jamieson Avenue
                             Alexandria, VA 22314
                             703-299-3954
                             Email: John.gibbs@usdoj.gov

                             Alicia H. Cook, Assistant U.S.
                             Attorney
                             UNITED STATES ATTORNEY'S OFFICE
                             Eastern District of Virginia
                             2100 Jamieson Avenue
                             Alexandria, VA 22314
                             703-299-3700
                             Email: Alicia.cook2@usdoj.gov

For the Defendant:           Marc Jason Eisenstein, Esq.
                             COBURN & GREENBAUM, PLLC
                             1710 Rhode Island Avenue, NW
                             2nd Floor
                             Washington, DC 20036
                             202-470-2695
                             Fax: 866-561-9712
                             Email: Marc@coburngreenbaum.com

                             Cadence Mertz, Assistant Federal
                             Public Defender
                             OFFICE OF THE FEDERAL PUBLIC
                             DEFENDER (Alexandria)
                             1650 King Street
                             Suite 500
                             Alexandria, VA 22314
                             703-600-0800
                             Email: Cadence_mertz@fd.org

                             Brooke Sealy Rupert, Assistant
                             Federal Public Defender
                             OFFICE OF THE FEDERAL PUBLIC
                             DEFENDER (Alexandria)
                             1650 King Street
                             Suite 500
                             Alexandria, VA 22314
                             703-600-0800
                             Fax: 703-600-0880
                             Email: Brooke_rupert@fd.org
```

APPEARANCES:   Cont.

For the Defendant:

Court Reporter:                **Scott L. Wallace, RDR, RMR, CRR**
                              Official Court Reporter
                              United States District Court
                              401 Courthouse Square
                              Alexandria, VA 2231-5798
                              Office: 703.549.4626
                              Cell: 202.277.3739
                              Email: Scottwallace.edva@gmail.com

Proceedings reported by machine shorthand, transcript produced
by computer-aided transcription.

**MORNING SESSION, FEBRUARY 11, 2022**

(12:07 p.m.)

THE COURTROOM CLERK:  Court calls criminal case *United States of America versus Alexanda Amon Kotey*, Case Number 20-cr-239.  May I have appearances, please, first for the government.

THE COURT:  Quiet in the courtroom, please.  All right.  Who's here for the government?

MR. PAREKH:  Good afternoon, Your Honor.  Raj Parekh, Dennis Fitzpatrick, John Gibbs, and Alicia Cook on behalf of the United States.

THE COURT:  All right.  And who's here for Defendant Kotey?

MR. EISENSTEIN:  Good morning, Your Honor.  Marc Eisenstein, Larry Coburn, Cadence Mertz, and Brooke Rupert on behalf of Mr. Kotey.

THE COURT:  All right.  The record will now reflect that Mr. Kotey is now present in the courtroom.

The matter is before the Court on a motion to continue sentencing; is that right?

MR. EISENSTEIN:  Yes, Your Honor, consent motion to continue the sentencing.

THE COURT:  Well, I'm not inclined to permit it, and I'll tell you why, and then you can address my reasons.  This matter has gone on for a long time.  One of the reasons you offer is

that he may wish to cooperate.  Well, that can be taken into account after sentencing.

Next, you've indicated that the -- I think the government has indicated that there may be victims from overseas who want to appear, and they may want to appear for the co-defendant's trial in the sentencing if he's convicted, and so they don't want to have to travel twice.  I appreciate that, but they will be able to attend Mr. Kotey's sentencing by telephone -- I provided that coverage before -- or they can come if they wish.  And they don't have to come to Elsheikh's trial if they don't want to, they can attend that in the same way, but I'm not going to postpone the sentencing of this case, which is fairly routine, as it were. Indeed, I think -- well, we'll have to wait and see, but I don't want to postpone it.

Now, which of the two of you, the government or the defendant, feels most strongly about a continuance?  And I'll hear from you first.

MR. EISENSTEIN:  Could I -- a moment to confer with the government?

THE COURT:  All right.

(Discussion had off the record.)

MR. EISENSTEIN:  Brief indulgence, Your Honor.  I believe we feel equally as strong.  Mr. -- I just proposed something to the government that I think they're going to -- Your Honor, one alternate proposal.  We understand the Court's position is to

move it closer to the trial date or maybe during the trial.  That way maybe it would alleviate some of the concerns that I understand the victims have expressed to the government, and I think that would give us a little bit more time that we could use to finish the sentencing preparation.  I think if we move it closer to the end of March, that may --

THE COURT:  All right.  Mr. Parekh, why do you want to do this?  Is this all convenience for the victims?

MR. PAREKH:  It is, Your Honor.  So --

THE COURT:  What's the first day of the Elsheikh trial?

MR. PAREKH:  March 29th, Your Honor.

THE COURT:  Well, that will be a jury selection date, won't it?

MR. PAREKH:  March 28th, Your Honor.

THE COURT:  March 28th?  That's a Monday.  I probably would have set the trial to begin on a Tuesday, but did I set Monday?  Let me ask the deputy clerk.

Yes, it was the 29th, which is a Tuesday, not the 28th.  How long do you think the sentencing would take, Mr. Parekh?

MR. PAREKH:  Your Honor, at this time we have 28 victims in total who wish to attend the sentencing, and I've been informed by our victim witness specialist that all 28 would like the opportunity to address the Court at this time.  That could change, but standing before Your Honor right now, 28 victims in total from 12 different countries around the world.

THE COURT:  That's a whole day?

MR. PAREKH:  That's correct, Your Honor.

THE COURT:  And how long do you think it will take the government to present its case-in-chief in the Elsheikh case?

MR. PAREKH:  Your Honor, we estimate around April 18th we should be wrapped up with that trial, somewhere between three to four weeks.  We would like to get it done within three, but, of course, we don't control how long cross-examination will be and what the defense may present in their case.

THE COURT:  All right.  We'll do it this way:  I'll set the Kotey sentencing -- let me consider this a bit further, Mr. Parekh.  Jury selection, I don't want the sentencing and the publicity concerning sentencing to have any effect at all on the venire for the jury.

What's the current date for sentencing, Mr. Parekh?

MR. PAREKH:  March 4th, Your Honor.

THE COURT:  And really, the only reason for moving it from March 4th is all of these victims want to be heard, they want to be present for these matters, and they don't want to have to come twice.

MR. PAREKH:  Also, Your Honor --

THE COURT:  But does that mean they're going to come if I set it, for example, on April -- the first day of the trial, that they would come back if Mr. Elsheikh is convicted and there's a preparation of a presentence -- they would come back months later

or they wouldn't?  See, I don't know that there's any way that they can avoid coming twice if there are two different trials.

MR. PAREKH:  Your Honor, if I may.  There are a few issues right now, one of which is that Chief Judge Davis's order issued on January 7th requires a seven-day quarantine period for international travelers.  That order was not issued nor contemplated in September when Mr. Kotey pled guilty on September 2nd of 2021.  Of course, there was no Omicron outbreak, and that general order was not issued at that time nor could it have been contemplated, and so at that time, as you recall, Mr. Elsheikh's trial was set for January 18th.  That would have worked fine for a March 4th sentencing date because no matter what happened at that trial, it would have been a sufficient period of time in-between a January trial and a March sentencing date.

Since that time, in light of the Omicron outbreak and other reasons that the government and the defense proffered to Your Honor during our virtual hearing to move the trial date to March, we end up now with a situation where Mr. Kotey's sentencing date is March 4th right now, the trial would begin on March 29th.

If there's a seven-day quarantine period, international travelers would have to quarantine for seven days prior to March 4th to be allowed in the courthouse, unless, according to Chief Judge Davis's order, the senior active judge ordered an exception, as well as a quarantine seven days prior to the trial.

I can tell Your Honor that of the 28 victims in total that wish to attend the sentencing, they come from 12 different countries -- I'm happy to name those countries, but 12 different countries -- and, out of the 28, approximately 50 percent are also trial witnesses.  But even those that are not trial witnesses, approximately 24 wish to attend both hearings.  And so in light of the quarantine that's required on both ends, as well as the fact that some of them are traveling from countries in Europe that may require them to self-isolate upon arriving in Europe, if they travel back after the sentencing but before they travel for the trial, it does create some difficulties both personally and logistically for a number of those victims.

And so we've consulted with the victims, Your Honor, and a number of them have expressed a strong interest in having Mr. Kotey's sentencing take place after the trial for other reasons as well.  You know, some of them intend to testify at Mr. Elsheikh's trial, and they wish to focus on that as well. And so it can be difficult oftentimes for victims to have both significant events take place in such close proximity to each other, particularly during a pandemic when we're dealing with certain quarantine requirements.

And so for those reasons, Your Honor, the government would consent to moving the sentencing date of Mr. Kotey to a time after Mr. Elsheikh's trial if Your Honor were willing to accommodate that request.

THE COURT:  All right.  I'll take a brief recess and decide this matter.

(Thereupon, a brief recess in the proceedings occurred from 12:20 p.m. until 12:31 p.m.)

THE COURT:  All right.  I have carefully considered what you all have said, and, although I was disinclined to do it, I'm going to continue the sentencing of Mr. Kotey -- did I say 29th of April?  29th of April.  By that time we can hopefully be done entirely with the Elsheikh trial.  If they want to come back some months later when I sentence him, they may do so.  There's no way they can do it all in just one trip.  It can't be done.  Anything further in this matter today, Mr. Parekh?

MR. PAREKH:  Your Honor, will that be at 9 a.m. on April 29th?

THE COURT:  Is that a Friday?

THE COURTROOM CLERK:  Yes, Judge.

THE COURT:  All right.  It's 9 a.m.

MR. PAREKH:  Thank you, Your Honor.  Nothing for the government.

THE COURT:  And what I will do --

(Discussion had off the record.)

THE COURT:  Anything further for the defendant?

MR. EISENSTEIN:  No, Your Honor.  Thank you.

THE COURT:  All right.  Call the Rare matter.

**C E R T I F I C A T E**

          I, Scott L. Wallace, RDR-CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

/s/ Scott L. Wallace          2/28/22
------------------------------    ----------------
**Scott L. Wallace, RDR, CRR**      **Date**
  **Official Court Reporter**