**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20CR239-2 |
| v. | Honorable T.S. Ellis, III |
| EL SHAFEE ELSHEIKH,<br>  *Defendant*. | Trial: March 29, 2022 |

**MOTION TO PARTIALLY SEAL/REDACT**
**DEFENDANT'S MEMORANDUM AND EXHIBITS REGARDING**
**ADMISSIBILITY OF OUT-OF-COURT STATEMENTS**

Defendant, EL Shaffee ElSheikh, by counsel, moves this Honorable Court, pursuant to

Local Crim. R. 49 for entry of an Order permitting his Memorandum Regarding Admissibility of

Out-of-Court Statements under Fed. R. Evid. 804(b)(6), and accompanying exhibits, to be filed

partially under seal.  The grounds for the requested relief are set forth in the non-confidential

memorandum filed contemporaneously with this motion.

Respectfully submitted,

EL SHAFFEE ELSHEIKH
By Counsel

Respectfully submitted,

_____/s/_____
Nina J. Ginsberg (#19472)
Zachary Deubler (#90669)
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA  22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
Email: nginsberg@dimuro.com
Email: zdeubler@dimuro.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March 2022, I filed the foregoing pleading through the ECF system, which shall then send an electronic copy of this pleading to all parties in this action.

_____/s/_____
Zachary A. Deubler, Esq.

2