**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20CR239-2 |
| v. | Honorable T.S. Ellis, III |
| EL SHAFEE ELSHEIKH,<br>*Defendant*. | Trial: March 29, 2022 |

**ORDER**

THIS MATTER comes before the Court on Defendant's Motion to Partially Seal/Redact his Memorandum Regarding Admissibility of Out-of-Court Statements under Fed. R. Evid. 804(b)(6) and accompanying exhibits.

It appearing to the Court that Defendant's Memorandum and exhibits contains confidential information covered by a Protective Order that the public and the jury may not be entitled to hear, and that disclosure of such information may affect Defendant's right to a fair trial.

It FURTHER appearing to the Court that there is no objection to the requested relief;

The Court FINDS that there are no less drastic alternatives to partially sealing the Defendant's Memorandum and exhibits; it is thereby

ORDERED Defendant's Memorandum Regarding Admissibility of Out-of-Court Statements under Fed. R. Evid. 804(b)(6), and accompanying exhibits, be partially filed under seal and remain under seal until further order of this Court.

THE CLERK IS DIRECTED to send a copy of this Order to all counsel of record.

ENTERED this _____ day of _____, 2022.

_____
T.S. Ellis, III, Judge