# Exhibit 2A

**Trial Exhibit #2A**
Gist Transcript
Langan Clip #3 – 16:54–18:11

El Sheikh:    There was a big, big change in direction . . .

Langan:    And it looks like now, the West, whether it's a deal or an agreement, but they're sending Western ISIS fighters from Syrian cells, here in prison, to Court in Iraq.

El Sheikh:    There's been more than these French ones, or . . . ?

Langan:    There, there, were local fighters, I think, I didn't make it, it was in the Times report, 50 or 100, yeah.  Quite a large number, but I think it was the foreign fighters, the French were the first.

El Sheikh:    I think they were the ones who got sent, those 200 and something, was Iraqi citizens, amongst them were eight French.

Langan:    Yeah.  Okay.  But it looks like now, that could be potentially where you will go, that could be part of your . . .

El Sheikh:    We spoke to somebody, from CNN, and he did mention that.  He said that you just coming out and saying this now, because you are scared of going to Iraq.

Langan:    No, he actually said you were scared of going to the America.  And I was thinking that would be the least of my fears . . .

El Sheikh:    My response to him, a confession maybe would even speed that process up.

Langan:    Yeah

El Sheikh:    So if that makes sense . . . why would I be scared to go to go to America.

Langan:    No,  I think he made a mistake, he said America, that's why you reacted to America.

El Sheikh:    Yeah, he did say Iraq, after, though, yeah.