# Exhibit 3A

**Trial Exhibit #3A**
Gist Transcript
Langan Clip #5 – Certainty to Iraq

Langan:        Cause you're probably thinking I'm talking bullshit.

But I think now, when I read back that French thing, that you are probably on your way, they're certainly someone's thinking about sending you to Iraq for trial.
Uh . . .  I follow, . . .  this TV film, its, its . . . it's not about you, it doesn't matter if you tell me stuff or don't tell me stuff, the right to a fair trial is regardless of you and I sitting here.
I do think it's up to you to think if this is time, and the reason I'm saying this, is I got the impression from your last interviews, that's part of your process, that you were thinking, this is now the time.
I've talked too much, I'm sorry, I'm supposed to be interviewing you.

El Shiekh:     That's alright.