# Exhibit 5A

**Trial Exhibit #5A**
Gist Transcript
El Sheikh / Langan
Clip #10 – 1:31:19-1:33-25

El Sheikh:   He said, some of the, some of the, punishments, some of the violence, the transgression.  I call it transgression, yeah . . .

Langan:   Yeah, yeah,  Okay, can you give me a bit more about what you call transgression, can you tell me more about that?  I know you find it unpleasant.  I'm only asking because I think, uh . . .

El Sheikh:   [unintelligible]

Langan:   The families need to know.

El Sheikh:   I mean, those people who watch, they might say why is he reluctant to speak . . .

Langan:   Yeah, yeah.

El Sheikh:   Maybe at another time, it would be more apparent why I'm reluctant to talk too much about that.

Langan:   Can you explain that to me, cause, I don't understand, cause I was thinking, I don't understand your justice, or you just don't seem to care whether you're going to be shipped off Bagdad or not . . .

El Sheikh:   It's not like that.

Langan:   Is it, okay, one would be your present situation, that maybe makes it immediate . . .

El Sheikh:   It makes it very, very difficult to speak about it, talk about.

Langan:   But they know.  There's nothing you're going to say to me now that . . .

El Shiekh:   I'm not talking officially.  I'm not talking about anything official.

Langan:   You talking about ISIS, is ISIS threatening you?

El Sheikh:   No.  no.

Langan:   ISIS prisoners?  Okay.

El Sheikh:   It's just.  Maybe at a later time, it will be more.

Langan:   When is that time, Shafee?

El Sheikh:      When I'm not here.

Langan:         Where are you going off after here, do you think?

El Sheikh:      [unintelligible] shaking his head

Langan:         Where do you think you're going?

El Sheikh:      Where do I think?  It looks like where the French went.  But I wasn't going to say anything about what Nick said, and other people have said.

Langan:         Yeah, Bagdad.

El Sheikh:      Do I feel?

Langan:         No, no, I mean. Bagdad?  Yeah, what do you feel?  Yeah, I was just pointing out they went to Bagdad for a ten minute trial.

El Sheikh:      Yeah, I don't know, to be honest with you.  I don't have a clue.

Langan:         But the reason why I'm asking that is, uh, you might have to take some risks and say things you wouldn't want to say, perhaps.  Now isn't the time to be holding stuff back.