# Exhibit 9A

## Gist Transcript
## El Sheikh / CNN
## Clip #A – 27:00-29:41

Nicholas:    To the extent to what you are saying here.  Why aren't you now, I point to you now, you were quite dismissive of the accusations and you say you do not (unintelligible ) to deny it, to deny it.  To admit it.

Why are you coming forward now with these confession of sort.  What's changed?

El Sheikh:   Everything has changed, Nick.  A lot has changed.

Nicholas:    What?

El Sheikh:   It's just enough is enough.  I just want to, just, go back to a normal life.  I just want this to be over.

I think it's enough.

Nicholas:    But the way I hear you say that, since our last meeting, (unintelligible) rights you were asking for, you were more involved in detaining Western hostages and also being accused of being involved in their murder.  What's your argument that says you guys deserve to get back to (unintelligible).

El Sheikh:   Uh, I don't know.  That's, I guess, for other people to decide.  At this point, I just know that I have to do to help myself in this situation I'm in.

Nicholas:    So you would say that and they would say you were confessing to (unintelligible) French nationals being hanged . . .

El Sheikh:   Can you say that again,

(Speaking over each other – unintelligible)

El Sheikh:   Its cutting off.  I didn't hear you.

Nicholas.    Sorry.

People will hear you say that, and they will say you are doing this for your own self-preservation.  That you know that French Nationals have been sentenced to death in Iraq ███████████████████████████ ████████████████████████████████████  What would you say to the people that are saying you are changing your tune now because you would like to go back to the United Kingdom?

El Sheikh:    I understand how people could analyze, could analyze it like that.  Um, my response would be it's been about a year and a half now and it's enough time for a person to contemplate and think their past and their presence and their future.

Nicholas:    What has changed your mind? Have you been kept in good condition, have you been kept well there?

El Sheikh:    Pardon me, I can't hear you.

Nicholas:    Have you been kept in good conditions there?  Have you eaten well? Been well treated?

El Sheikh:    "*Al Hamdan*"

Nicholas:    So what has changed your mind?

El Sheikh:    (No response)