IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:20-cr-239 |
| | ) | |
| | ) | Hon. T.S. Ellis, III |
| ALEXANDA AMON KOTEY | ) | |
| | ) | Sentencing: April 29, 2022 |

**SUPPLEMENT TO DEFENDANT'S POSITION ON SENTENCING**

Alexanda Kotey, through counsel, submits the attached exhibit, a letter from Mr. Kotey's Alexandria Detention Center classification counselor, as a Supplement to Defendant's Position on Sentencing, Dkt. Nos. 296 & 298. As noted in Defendant's Position on Sentencing, the letter reinforces that "[d]uring his incarceration, inmate Kotey has been compliant, receiving no write-ups or adjustment notes." Exhibit D, Letter from Rebecca Harrison, Classification Counselor; Dkt. No. 296 at 9.

Defense counsel respectfully submits this document as additional information for the Court to consider at Mr. Kotey's sentencing hearing.

Dated: April 26, 2022            Respectfully submitted,

ALEXANDA AMON KOTEY

By counsel,

Geremy C. Kamens
Federal Public Defender

  /s/ Cadence Mertz
Cadence A. Mertz
Va. Bar No. 89750
Brooke Sealy Rupert
Va. Bar No. 79729

Assistant Federal Public Defenders
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, VA 22314
(703) 600-0800 (Tel)
(703) 600-0880 (Fax)
Cadence_Mertz@fd.org


Marc Eisenstein
Barry Coburn
Coburn & Greenbaum, PLLC
1710 Rhode Island Avenue, N.W.
Second Floor
Washington, DC 20036
Phone: (202) 643-9572
Fax: (866) 561-9712
barry@coburngreenbaum.com
marc@coburngreenbaum.com

# EXHIBIT D

 

# City of Alexandria, Virginia
# Sheriff's Office

## MEMORANDUM

DATE:     APRIL 25, 2022

TO:       WHOM IT MAY CONCERN

FROM:     REBECCA HARRISON, CLASSIFICATION COUNSELOR

SUBJECT: KOTEY ALEXANDA

---

Inmate Alexanda Kotey has been incarcerated at the Alexandria Detention Center since October 7, 2020.

Due to the nature of his case, he has been classified and housed at maximum-administrative segregation since his arrival. During his incarceration, inmate Kotey has been compliant, receiving no write ups or adjustment notes.

If you should have any other questions or concerns regarding Mr. Kotey's adjustment status, I may be reached at (703) 746-5024.