**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )    Criminal Case No. 1:20-cr-239 |
| | ) |
| ALEXANDA AMON KOTEY, | ) |
| Defendant. | ) |

## ORDER

This prosecution, *inter alia*, for hostage-taking and criminal conspiracy came before the Court for the sentencing of Defendant Kotey on April 29, 2022. At sentencing, the Government requested that Defendant Kotey remain at the Alexandria Adult Detention Center for a set period before being transferred to a designated Bureau of Prisons facility. For reasons stated from the bench, and in order to facilitate Defendant Kotey's cooperation with the Government and meetings with family members,

It is hereby **ORDERED** that Defendant Kotey be detained at the Alexandria Adult Detention Center until July 5, 2022.

The Clerk of Court is directed to send a copy of this Order to all counsel of record, the United States Marshals Service, and the Bureau of Prisons.

Alexandria, VA
April 29, 2022

/s/

T. S. Ellis, III
United States District Judge

1